1  Laurence F. Padway, #89314
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510) 814-0680
   Facsimile: (510) 814-0650
4
   Attorneys for Plaintiffs
5  RITA MOHLEM and RICHARD SKRINDE
6
7
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
11
   RITA MOHLEN and RICHARD SKRINDE,    )   Case No.  C 03 3162 CW
12                                      )
              Plaintiffs,               )   **STIPULATION TO EXTEND TIME FOR**
13     vs.                              )   **FILING AMENDED COMPLAINT AND**
                                        )   ~~(Proposed)~~ **ORDER**
14                                      )
   CITY OF ALAMEDA, GREGORY McFANN,     )
15 and GREGORY FUZ,                     )
                                        )
16            Defendants.               )
                                        )
17                                      )
   _____)
18

19        This court sustained defendants' motion to dismiss under Rule 12(b)(6) with leave to

20 amend on December 12, 2003, and requested an amended pleading be filed in June, 2004, with an

21 indication that the court would extend that time if needed while the parties resolved related pending

22 criminal charges and mediation.

23        The criminal charges were dismissed in May, 2004. The parties have met on several

24 occasions with court appointed mediator Marjorie Gelb, most recently on August 10, 2004, and have

25 made substantial progress in resolving various issues. The parties continued thereafter in a number

26 of direct negotiations to resolve as many of the issues as possible.

27        As a result of these negotiations, a number of permits were issued for work designed

28 to ensure that all parties are in agreement that the main residence is in compliance with applicable

Stipulation to Extend Time

1   codes. That work is now taking place, and is anticipated to be completed in six weeks.

2          The Court has previously extended time to file an amended complaint to and

3   including March 31, 2005.

4          The parties have conferred and plaintiffs would like to complete as much of the work as

5   possible before filing the amended complaint. Further, counsel have conferred concerning their

6   respective vacation schedules.

7   The parties therefore request that the time for plaintiffs to amend the complaint be

8   continued to and including September 1, 2005, to allow these events to run their course.

9

10  DATED: June 6, 2005

11

12  Laurence F. Padway
    Attorney for plaintiffs

13

14

15  Gregory M. Fox
    Bertrand, Fox and Elliot

16  Attorney for defendants

17

18

19

20

21

22

23

24

25

26

27

28


Stipulation to Extend Time

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RITA MOHLEN and ,
RICHARD SKRINDE

       Plaintiffs,

vs.

CITY OF ALAMEDA, GREGORY
McFANN, and GREGORY FUZ,

       Defendants.
_____/

Case No. C 03 3162 CW

(Proposed) ORDER EXTENDING
TIME FOR FILING AMENDED
COMPLAINT

Good cause appearing and on stipulation of the parties, plaintiffs may have to and including September 1, 2005, within which to amend their complaint.

Dated:  6/24/05

/s/ CLAUDIA WILKEN

Hon. Claudia Wilken
United States District Judge

Stipulation to Extend Time       Page 3 of 3