Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
    Rita Mohlen and
    Richard Skrinde

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA MOHLEN and, RICHARD SKRINDE<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF ALAMEDA, GREGORY McFANN, and GREGORY FUZ,<br><br>    Defendants.<br>_____/ | No. C 03-3162 CW<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

    It is hereby stipulated between the parties that the case management conference scheduled for November 18, 2005 at 1:30 p.m. be continued to December 2, 2005 at 1:30 p.m.

    Dated: November 21, 2005.


    _____
    Laurence F. Padway
    Attorney for plaintiff

Stip and Order Re Continuance        Page 1 of 2

1  Dated:

3  Gregory M. Fox
   Bertrand, Fox and Elliot
4  Attorneys for defendants

6  It is so ordered.

8  Dated: 11/23/05                    *[signature: Claudia Wilken]*

10                                    Hon. Claudia Wilkins
                                      United States District Judge

Stip and Order Re Continuance          Page 2 of  2