1   GREGORY M. FOX, State Bar No. 070876
    BERTRAND, FOX & ELLIOT
2   The Waterfront Building
    2749 Hyde Street
3   San Francisco, CA  94109
    Telephone: 415.353.0999
4   Facsimile: 415.353.0990

5   CAROL A. KORADE, State Bar No. 082133
    CITY ATTORNEY, CITY OF ALAMEDA
6   City Hall
    2263 Santa Clara Avenue, Room 280
7   Alameda, CA 94501
    Telephone: 510.748.4544
8   Facsimile:   510.748.4691

9   Attorneys for Defendants
    CITY OF ALAMEDA, GREGORY McFANN
10  and GREGORY FUZ

11  LAURENCE F. PADWAY, State Bar No. 89314
    Law Offices of Laurence F. Padway
12  1516 Oak Street, Suite 109
    Alameda, CA  94501
13  Telephone:  510.814.0680
    Facsimile: 510.814.0650
14
    Attorney for Plaintiffs
15  RITA MOHLEN and RICHARD SKRINDE

16                    UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18

19  RITA MOHLEN and RICHARD SKRINDE,     )  Case No.  C 03 3162 CW
                                         )
20            Plaintiff,                 )
                                         )  **STIPULATION AND ORDER TO**
21                                       )  **CONTINUE HEARING AND BRIEFING**
         vs.                             )  **SCHEDULE RE; PARTIAL MOTION FOR**
22                                       )  **SUMMARY ADJUDICATION**
                                         )
23  CITY OF ALAMEDA, GREGORY McFANN,     )
    and GREGORY FUZ                      )
24                                       )
             Defendants.                 )
25  _____     )

26

27        At the Case Management Conference on December 9, 2005 the parties agreed and the court

28  ordered plaintiffs to file their motion for partial summary judgment on the validity of the building

    **STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE**        1

1    codes of the City of Alameda for hearing on May 12, 2006.

2       The parties have been working diligently to prepare and exchange the foundational records for

3    that motion.  However, the quantity of old codes and ordinances was substantially more than had

4    been anticipated.  The codes alone occupy three cabinets in City Hall.  Each code volume, which is in

5    book form and double sides, has to be copied by hand by staff working for plaintiffs' counsel.  The

6    total number of pages that will be copied is estimated at 15,000 or more pages.  The parties are still in

7    the process of assembling and copying these documents, and estimate that this process will not be

8    completed until the end of April 2006.  Following copying the parties will have to annotate and

9    analyze the codes for purposes of preparing the briefs.  And defense counsel will be out of the

10    country from July 3 through July 24, 2006.

11       Therefore the parties stipulate and request an order amending the briefing schedule as follows:

12       Plaintiffs' opening brief on the issue of the validity of the City's code enforcement system to

13    be filed and served on or before July 28, 2006.  Defendants opposition brief to be filed and served on

14    or before August 25, 2006.  Plaintiffs' reply brief to be filed and served on or before September 8,

15    2006.

16       The hearing on the motion and the next case management conference to be continued from

17    May 12, 2006 to Friday, September 22, 2006 at 10:00 a.m.

18       So stipulated.

19

20    Dated:  March 24, 2006

/s/
_____
Laurence F. Padway
21    Attorney for Plaintiffs RITZ MOHLEN
and RICHARD SKRINDE

22

23    Dated: March 24, 2006         BERTRAND, FOX & ELLIOT

24

/s/
25    By:_____

26    Gregory M. Fox
Attorney for Defendants
27    CITY OF ALAMEDA, GREGORY McFANN
And GREGORY FUZ

28

**STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE**    2

1    *I hereby attest that I have on file all holograph signatures for any signatures indicated by a*

2    *"conformed" signature (/s/) within this E-filed document.*

3    *Dated: March 24, 2006*

4                                                      By: _____/s/_____
                                                          Gregory M. Fox
5                                                         Bertrand, Fox & Elliot

6                                                     **ORDER**

7

8            Good cause appearing the Stipulation is So Ordered.

9
     Dated:   March 27, 2006
10                                                    /s/ CLAUDIA WILKEN

11                                                    _____
                                                      Honorable Claudia Wilken
12                                                    United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28