GREGORY M. FOX, State Bar No. 070876
ARLENE C. HELFRICH, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA  94109
Telephone: 415.353.0999
Facsimile: 415.353.0990

TERESA HIGHSMITH, State Bar No. 155262
CITY ATTORNEY, CITY OF ALAMEDA
City Hall
2263 Santa Clara Avenue, Room 280
Alameda, CA 94501
Telephone: 510.748.4544
Facsimile:  510.748.4691

Attorneys for Defendants
CITY OF ALAMEDA, GREGORY McFANN
and GREGORY FUZ

LAURENCE F. PADWAY, State Bar No. 89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA  94501
Telephone:  510.814.0680
Facsimile:  510.814.0650

Attorney for Plaintiffs
RITA MOHLEN and RICHARD SKRINDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RITA MOHLEN and RICHARD SKRINDE, | ) Case No.  C 03 3162 CW |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE RE: MOTION FOR SUMMARY ADJUDICATION** |
| CITY OF ALAMEDA, GREGORY McFANN, and GREGORY FUZ | ) |
| Defendants. | ) |

At the Case Management Conference on December 9, 2005 the parties agreed and the court

1 ordered plaintiffs to file their motion for partial summary judgment on the validity of the building
2 codes of the City of Alameda for hearing on May 12, 2006.
3 　　The parties have been working diligently to prepare and exchange the foundational records for
4 that motion.  However, the quantity of old codes and ordinances is huge, exceeding 60,000 pages.
5 The parties are still in the process of assembling and copying these documents, and estimate that this
6 process will be completed at the end of August, 2006.
7 　　The hearing on the motion (and a further status conference) has previously been continued to
8 September 22, 2006.  The parties stipulate and request an order amending the briefing schedule and
9 status conference as follows:

10 　　Moving Papers due:　　September 15, 2006
11 　　Opposition due:　　October 13, 2006
12 　　Reply due:　　October 27, 2006
13 　　Hearing:　　November 17, 2006
14 　　Status Conference:　　November 17, 2006

16 　　So stipulated.

18 Dated: August ___, 2006　　　_____
19 _____Laurence F. Padway
　　Attorney for Plaintiffs RITZ MOHLEN
20 　　and RICHARD SKRINDE

21 Dated: August ___ , 2006　　BERTRAND, FOX & ELLIOT

23 　　　　By:_____
24 　　　　Gregory M. Fox
　　　　Attorney for Defendants
25 　　　　CITY OF ALAMEDA, GREGORY McFANN
　　　　And GREGORY FUZ
26
27 　　*I hereby attest that I have on file all holograph signatures for any signatures indicated by a
28 "conformed" signature (/s/) within this E-filed document.*

**STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE**　　2

1  *Dated: August ____, 2006*

2                                                              By:  _____/s/_____
3                                                              Gregory M. Fox
                                                               Bertrand, Fox & Elliot

### **ORDER**

Good cause appearing the Stipulation is So Ordered.

Dated:   9/5 _____, 2006

/s/ CLAUDIA WILKEN

Honorable Claudia Wilken
United States District Court Judge

**STIPULATION AND ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE**         3