Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA  94109
Telephone: 415.353.0999
Facsimile: 415.353.0990

Teresa Highsmith, State Bar No. 155262
CITY ATTORNEY, CITY OF ALAMEDA
City Hall
2263 Santa Clara Avenue, Room 280
Alameda, CA 94501
Telephone: 510.748.4544
Facsimile:  510.748.4691

Attorneys for Defendants
CITY OF ALAMEDA, GREGORY McFANN
and GREGORY FUZ

Laurence F. Padway, State Bar No. 89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA  94501
Telephone:  510.814.0680
Facsimile:  510.814.0650

Attorney for Plaintiffs
RITA MOHLEN and RICHARD SKRINDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA MOHLEN and RICHARD SKRINDE,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF ALAMEDA, GREGORY McFANN,<br>and GREGORY FUZ<br><br>            Defendants. | Case No.  C 03 3162 CW<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

By stipulation and order filed with the court September 5, 2006 the next status conference on the above matter was continued to November 17, 2006.  Plaintiff's counsel, Laurence F. Padway is

1

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  presently preparing to file a motion to withdraw from the case.

2  Therefore the parties stipulate and request an order continuing the next case management
3  conference from November 17, 2006 to February 23, 2007 at 1:30 p.m.

4  So stipulated.

LAW OFFICE OF LAURENCE F. PADWAY

Dated:  November __14, 2006       By:         /s/
                                        Laurence F. Padway
                                        Attorney for Plaintiffs RITA MOHLEN
                                        and RICHARD SKRINDE

Dated: November  14, 2006         BERTRAND, FOX & ELLIOT

                                  By:         /s/
                                        Gregory M. Fox
                                        Attorney for Defendants
                                        CITY OF ALAMEDA, GREGORY McFANN
                                        And GREGORY FUZ

*I hereby attest that I have on file all holograph signatures for my signatures indicated by a "conformed" signature (/s/) within this E-filed document.  Mr. Padway by email on November 13, 2006 informed me that he is in trial and authorized me to sign his signature line.*

*Dated: November 14 , 2006*

                                  By:         /s/
                                        Gregory M. Fox

## ORDER

Good cause appearing the Stipulation is So Ordered.

Dated:   November ___15__ , 2006

                                  _[signature]_
                                  _____
                                  Honorable Claudia Wilken
                                  United States District Court Judge

2

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE