IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA MOHLEN and RICHARD SKRINDE,   No. C 03-3162 CW

    Plaintiffs,   ORDER

  v.

CITY OF ALAMEDA, GREGORY MCFANN and GREGORY FUZ,

    Defendants.
_____/

On January 29, 2007, Plaintiffs' counsel filed a motion to withdraw.  Plaintiffs have not opposed the motion.  If they do not oppose it, it will be granted.  The hearing for the motion and a case management conference are set for Friday, April 20, 2007 at 10:00 A.M.  If Plaintiffs intend to proceed with this case representing themselves, they must appear at the hearing.  Plaintiffs may appear by phone, but must make arrangements with the Sheilah Cahill, the Court's clerk, prior to the date of the hearing to do so.  Ms. Cahill may be reached at (510) 637-3542.  Both Plaintiffs must appear; neither Plaintiff may represent the other.  If Plaintiffs do not appear in person, by telephone or through new counsel at the hearing, the case will be dismissed for failure to prosecute.

    IT IS SO ORDERED.

Dated: 4/11/07

                                CLAUDIA WILKEN
                                United States District Judge

1  Copies mailed to:
2
3  Rita Mohlen
   Richard Skrinde
   1304 Citrus Isle
4  Fort Lauderdale, Florida   33315