IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RITA MOHLEN and RICHARD SKRINDE,   No. C 03-3162 CW

    Plaintiffs,   ORDER

  v.

CITY OF ALAMEDA, GREGORY MCFANN and GREGORY FUZ,

    Defendants.
_____/

    On January 29, 2007, Plaintiffs' counsel filed a motion to withdraw.  Plaintiffs do not oppose the motion.  The Court will grant counsel's motion to withdraw after he responds to Defendants' outstanding discovery request to the extent he already has the documents and knowledge to respond.  Plaintiffs' counsel must do so by May 24, 2007 and submit a declaration that he has responded to Defendants' request and to Defendants' interrogatories as best he can with the documents and information he has.

    Plaintiffs shall meet and confer with Defendants regarding which claims they intend to pursue.  By May 24, 2007, the parties

1  shall file a stipulation stating which claims are to be withdrawn.
2  Based on the claims remaining and the information obtained from
3  Plaintiffs' counsel, Defendants shall file an amended discovery
4  request by June 7, 2007.  Plaintiffs shall respond within two weeks
5  of receipt of the request.
6       Defendants shall file a motion for summary judgment on July
7  12, 2007.  Plaintiffs shall file their opposition by August 9,
8  2007.  Defendants' reply, if any, shall be filed by August 16,
9  2007.  Argument on the motion for summary judgment will be heard on
10 September 6, 2007.
11      IT IS SO ORDERED.

13 Dated: 4/26/07

   CLAUDIA WILKEN
   United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MOHLEN et al,

    Plaintiff,

v.

CITY OF ALAMEDA et al,

    Defendant.

Case Number: CV03-03162 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rita Mohlen
Richard Skrinde
1304 Citrus Isle
Ft. Lauderdale, FL 33315

Dated: April 26, 2007

                                   Richard W. Wieking, Clerk
                                   By: Sheilah Cahill, Deputy Clerk