GREGORY M. FOX, State Bar No. 070876
ARLENE C. HELFRICH, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA  94109
Telephone: 415.353.0999
Facsimile: 415.353.0990

TERESA HIGHSMITH, State Bar No. 155262
CITY ATTORNEY, CITY OF ALAMEDA
City Hall
2263 Santa Clara Avenue, Room 280
Alameda, CA 94501
Telephone:  510.748.4544
Facsimile:  510.748.4691

Attorneys for Defendants
CITY OF ALAMEDA, GREGORY McFANN
and GREGORY FUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA MOHLEN and RICHARD SKRINDE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> CITY OF ALAMEDA, GREGORY McFANN, ) <br> and GREGORY FUZ ) <br> ) <br> Defendants. ) <br> _____) | Case No.  C 03 3162 CW <br><br> **STIPULATION AND ORDER DISMISSING THE FOURTH, FIFTH AND SIXTH CAUSES OF ACTION FROM THE SECOND AMENDED COMPLAINT WITH PREJUDICE** |

Plaintiffs, acting in *propria persona*, and defendants City of Alameda, et al. acting by and through its legal counsel, Gregory M. Fox, having met and conferred regarding the allegations and causes of action in plaintiffs' Second Amended Complaint, hereby agree and stipulate that plaintiffs will not pursue their claims related to their allegation that defendants failed to process June, 2003 permit appeal (Fourth Claim for Relief); will not pursue their claims related to denial of due process in collection of fines and penalty fees (Fifth Claim for Relief); and will not pursue their claims related

**STIPULATION AND [PROPOSED] ORDER DISMISSING FOURTH, FIFTH AND SIXTH CAUSES OF ACTION FROM THE SECOND AMENDED COMPLAINT /** *Mohlen and Skrinde v. City of Alameda, et al.* [Case No. C 03 3162 CW]              1

1  to seeking an injunction against the City to enjoin the City's continuing enforcement of building
2  codes and planning ordinances (Sixth Claim for Relief).  The parties therefore request an Order
3  dismissing the Fourth, Fifth and Sixth Causes of Action of the Second Amended Complaint with
4  prejudice.  Each side to bear their own fees and costs.

5       So Stipulated.

7  Dated:  May 24, 2007

8                                                                  /s/
RITA MOHLEN
Plaintiff

11  Dated:  May 24, 2007

                                                                /s/
RICHARD SKRINDE
Plaintiff

15  Dated: May 24, 2007                            BERTRAND, FOX, & ELLIOT

                                                               /s/
Gregory M. Fox
Attorney for Defendants
CITY OF ALAMEDA, GREGORY
McFANN and GREGORY FUZ

21       Good Cause existing, the stipulation is so ordered, and the Fourth, Fifth and Sixth Causes of
22  Action of plaintiffs' Second Amended Complaint are dismissed with prejudice, each side to bear
23  their own fees and costs.

24  Dated:  May 30, 2007

**STIPULATION AND [PROPOSED] ORDER DISMISSING FOURTH, FIFTH AND SIXTH CAUSES OF ACTION FROM THE SECOND AMENDED COMPLAINT** / *Mohlen and Skrinde v. City of Alameda, et al.* [Case No. C 03 3162 CW]    2

1
2
3  _____
   Honorable Claudia Wilkin
   Judge of the U.S. District Court
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Copies mailed to:

Rita Mohlen
Richard Skrinde
1304 Citrus Isle
Ft. Lauderdale, FL  33315