GREGORY M. FOX, State Bar No. 070876
ARLENE C. HELFRICH, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: 415.353.0999
Facsimile: 415.353.0990

TERESA HIGHSMITH, State Bar No. 155262
CITY ATTORNEY, CITY OF ALAMEDA
City Hall
2263 Santa Clara Avenue, Room 280
Alameda, CA 94501
Telephone: 510.748.4544
Facsimile: 510.748.4691

Attorneys for Defendants
CITY OF ALAMEDA, GREGORY McFANN
and GREGORY FUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA MOHLEN and RICHARD SKRINDE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA, GREGORY McFANN, and GREGORY FUZ<br><br>Defendants. | Case No. C 03 3162 CW<br><br>**STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41 (a) (1)** |

Plaintiffs, acting in *propria persona*, and defendants City of Alameda, Gregory McFann and Gregory Fuz, acting by and through its legal counsel, Gregory M. Fox, having met and conferred regarding the allegations and causes of action in plaintiffs' Second Amended Complaint, hereby agree and stipulate that plaintiffs will dismiss all remaining causes of action in their Second Amended Complaint, with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41 (a) (1). The entire

action is hereby dismissed with prejudice. The parties further stipulate that each side will bear their own fees and costs.

    So Stipulated.

Dated: July 30, 2007

*[signature]*

RITA MOHLEN
Plaintiff *in pro se*

Dated: July 30, 2007

*[signature]*

RICHARD SKRINDE
Plaintiff *in pro se*

Dated: July 19, 2007

BERTRAND, FOX, & ELLIOT

*[signature]*

Gregory M. Fox
Arlene C. Helfrich
Attorney for Defendants
CITY OF ALAMEDA, GREGORY
McFANN and GREGORY FUZ

**IT IS SO ORDERED**
*[signature]*
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION DISMISSING ENTIRE ACTION** / *Mohlen and Skrinde v. City of Alameda, et al.* [Case No. C 03 3162 CW]

2

**PROOF OF SERVICE**

I, Jan Taheny, declare that:

1. I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

2. I am readily familiar with the practice of Bertrand, Fox & Elliot for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

3. On **August 9, 2007**, I served the following document(s):

**STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)**

in said cause, on the following interested parties:

Rita Mohlen
Richard Skrinde
1304 Citrus Isle
Ft. Lauderale, FL  33315

4. Said service was performed in the following manner:

( X ) **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date..

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **August 9, 2007**, at San Francisco, California.

*/s/ Jan Taheny*
Jan Taheny

PROOF OF SERVICE